**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Eastern New York

File Number 16-CV-2648

Margalie Rodriguez           )
    *Plaintiff,*                        )
 v.                                        )           Notice of Appeal
Nassau County and Nassau   )
County Division on Human Rights )
                                              )
    *Defendant.*                     )

Notice is hereby given that Margalie Rodriguez ("Plaintiff") , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 25th day of September, 2019.

/s/ John C. Luke, Sr.

Attorney for Plaintiff
Address: Sichler Sichler Schulman LLP
445 Broadhollow Rd., Suite 445, Melville, NY 11747

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants